No. 11–0400/AR. U.S. v. Michael T. McNaughton. CCA 20090596. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, ***but only up to and including April 29, 2011, and absent extraordinary circumstances, no further extension of time will be granted in this case.***